IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNI BROWN,<br>    Plaintiff,<br><br>v.<br><br>CITY OF SANDY SPRINGS, et al.,<br>    Defendants. | CIVIL ACTION NO.<br>1:24-cv-2994-JPB |

## **ORDER**

This matter is before the Court on the affidavit of pro se plaintiff Kenni Brown in support of his request to proceed in forma pauperis ("IFP") [Doc. 1]. Brown seeks leave to file this action without prepayment of fees and costs or security therefor, pursuant to 28 U.S.C. § 1915(a).

After consideration by the Court of Brown's affidavit of indigency only, without regard to the merits of this case, Brown's motion to proceed IFP [Doc. 1] is hereby **GRANTED** pursuant to Section 1915(a), and Brown shall be allowed to proceed with this action without prepayment of filing fees, docket costs, or United States Marshal Service fees.

**It is further ORDERED that service of process shall not issue at the present time.** The Clerk of the Court is **DIRECTED** to submit this case to the assigned district judge for a frivolity determination pursuant to 28 U.S.C. § 1915.

**SO ORDERED**, this 8th day of July, 2024.

_____
Catherine M. Salinas
United States Magistrate Judge